**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__   District of __New York__
                                (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   609 5th Ave Owner LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   87-4457430

4. **Debtor's address**

   | **Principal place of business** | **Mailing address, if different from principal place of business** |
   | --- | --- |
   | P2-ELOB Office# E-27F-20 | 1345        Avenue of the Americas, Suite 2200 |
   | Number       Street | Number       Street |
   | Hamriya Free Zone | Greenspoon Marder LLP, c/o Mark Fawer, Esq. |
   | | P.O. Box |
   | Sharjah, UAE | New York                    NY        10105 |
   | City                    State      ZIP Code | City                    State      ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | | 609        Fifth Ave |
   | | Number       Street |
   | _____ | Upper Condominium Unit |
   | County | |
   | | New York                    NY        10017 |
   | | City                    State      ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    609 5th Ave Owner LLC_____      Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__5_ _3_ _1_ _3_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY

        District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  609 Fifth Partners LLC_____   Relationship  Affiliate_____

        District  Southern District of New York_____   When  06/15/2026_____
                                                                MM / DD / YYYY

        Case number, if known _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **2**

Debtor    609 5th Ave Owner LLC
          Name
                                                  Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                         Number          Street

_____

_____  _____  _____
City                                        State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name      _____

Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **3**

| Debtor | 609 5th Ave Owner LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/15/2026
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Komilkhuja Makhamadkhodjaev
Printed name

Title Authorized Signatory

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 06/15/2026
MM / DD / YYYY

Philippe A. Zimmerman
Printed name

Greenspoon Marder LLP
Firm name

1345        Avenue of the Americas, Suite 2200
Number        Street

New York
City

NY
State

10105
ZIP Code

212-524-5000
Contact phone

philippe.zimmerman@gmlaw.com
Email address

2497204
Bar number

NY
State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

**WRITTEN CONSENT OF THE SOLE MEMBER OF 609 5TH AVE OWNER LLC**

JUNE 15, 2026

The undersigned, constituting the sole member ("Member") of 609 5th Ave Owner LLC, a New York limited liability company (the "Company"), with the power to carry out the purposes, business, property, and affairs of the Company, pursuant to that certain Limited Liability Company Agreement of 609 5th Ave Owner, LLC, as subsequently amended, hereby consents pursuant to the relevant law, to the adoption of the resolution set forth below, effective as of the date set for the above:

**WHEREAS**, the Company has reviewed and considered, among other things, the advice of its counsel and advisors and has considered the options available to the Company, and has determined that, in its business judgment, it is advisable and in the bests interests of the Company, its creditors, equity holders, and other interested parties that the Company voluntarily file a petition (the "Petition") for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by the Company of its Petition, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), is hereby approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that Komilkhuja Makhamadkhodjaev (the "Authorized Signatory") be and hereby is authorized, empowered, and directed to execute and file the Petition in the name and on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that the Authorized Signatory is hereby authorized on behalf of and in the name of the Company to execute and file and cause counsel for the Company to prepare with the assistance of the Company all papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that the Authorized Signatory deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Company, including but not limited to the following: negotiating and obtaining debtor-in-possession financing and/or the use of cash collateral; employing and compensating counsel and professionals; purchasing product or materials; entering into or continuing with agreements; negotiating with creditors, lenders, vendors, suppliers;  assuming, assigning, or rejecting executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court; and it is further

MSH 65794233v3

**RESOLVED**, that the Company is authorized to employ the law firm of Greenspoon Marder LLP, a Florida limited liability partnership, as bankruptcy counsel, to render legal services to, and to represent, the Company in the chapter 11 case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Authorized Signatory be and hereby is authorized, empowered, and directed to retain, on behalf of the Company, such other professionals as the Manger deems necessary, appropriate or desirable, upon such terms and conditions as the Authorized Signatory shall approve, to render services to the Company in connection with the bankruptcy case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, it is further

**RESOLVED**, that any all past actions heretofore lawfully taken by the Authorized Signatory, or any authorized persons acting under similar authority, as the case may be, of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed, adopted, and approved in all respects, and it is further

**RESOLVED**, that the Authorized Signatory is authorized to take any and all further actions, and to execute and deliver any and all further instruments and documents, and to pay all expenses, in each case as in his judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein.

**IN WITNESS WHEREOF**,  I have hereunto set my hand this 15th day of June, 2026.

**Sole Member:**

609 5TH AVE OWNER LLC,
a New York limited liability company

By: 609 FIFTH PARTNERS LLC,
a New York limited liability company
 Its Sole Member

By: GW ASSETS FZE,
a United Arab Emirates free zone establishment
 Its Sole Member

By: _____
   Name: Komilkhuja Makhamadkhodjaev
   Title: Director